# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0840.  JAMES GAINES v. CHRISTOPHER GUEVARA et al.**

On April 19, 2023, this Court issued an order that stated in full:

This appeal was docketed in this Court on January 10, 2023.  This Court's Rule 23 (a) states:

Appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offending party and/or counsel to sanctions, including contempt. See Rule 7, Contempt, and Rule 13, Notice of Docketing.

On January 30, 2023, this Court granted Appellant's first motion for an extension of time to file brief until February 20, 2023.  Thereafter, on February 22, 2023, this Court granted Appellant's second motion for an extension of time to file brief until March 2, 2023.  As of the date of this order, however, Appellant has not filed a brief.

Appellant is hereby ORDERED to file an enumeration of errors and a brief in this case no later than ten (10) days from the date of this order.  Failure to comply with this order, absent an extension upon motion for good cause shown, will result in the dismissal of this appeal instanter and without further notice, and such failure may also subject

1

the appellant and the appellant's attorney to contempt of this Court. See Court of Appeals Rules 7, 13, and 23 (a).

As of the date of this order, Appellant has not filed a brief. Consequently, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,__05/09/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*